# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **Thomas Lee Brennan,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:18-cv-00163-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| **Eric A. Hooks,** | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 23, 2019 Order.

September 23, 2019

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court